# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D)

**NOTICE TO COUNSEL:** COUNSEL FOR THE APPELLANT MUST FILE THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

| THIS SECTION MUST BE COMPLETED BY COUNSEL FOR APPELLANT ||| 
|---|---|---|
| **CASE TITLE**<br>SJUNDE AP-FONDEN, Plaintiff-Appellant<br>v.<br>JOSEPH DEPAOLO, FRANK SANTORA, JOSEPH SEIBERT, SCOTT A. SHAY, VITO SUSCA, STEPHEN WYREMSKI, KPMG LLP, AND ERIC HOWELL, Defendants-Appellees, and<br>FEDERAL DEPOSIT INSURANCE CORPORATION IN ITS CAPACITY AS RECEIVER FOR SIGNATURE BANK, Intervenor-Appellee | **DISTRICT**<br>Eastern District of New York | **DOCKET NUMBER**<br>23-cv-01921 |
| | **JUDGE**<br>Hon. Frederic Block | **APPELLANT**<br>Sjunde AP-Fonden |
| | **COURT REPORTER**<br>Stacy A. Mace, RMR, CRR, RPR | **COUNSEL FOR APPELLANT**<br>Kessler Topaz Meltzer & Check, LLP |

**Check the applicable provision:**

☐ I am ordering a transcript.

☑ I am not ordering a transcript.

**Reason for not ordering a transcript:**

☑ Copy is already available

☐ No transcribed proceedings

☐ Other (Specify in the space below):

**PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED** (*i.e.*, oral argument, order from the bench, etc.)

March 19, 2025 Hearing on Motion to Dismiss

**METHOD OF PAYMENT**   ☐ Funds   ☐ CJA Voucher (CJA 21)

**INSTRUCTIONS TO COURT REPORTER:**

☐ PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS

☐ PREPARE TRANSCRIPT OF TRIAL

☐ PREPARE TRANSCRIPT OF OTHER POST-TRIAL PROCEEDINGS

☐ OTHER (Specify in the space below):

**DELIVER TRANSCRIPT TO: (COUNSEL'S NAME, ADDRESS, TELEPHONE)**

If a transcript is ordered, I certify that I have sent this form to the court reporter and have made satisfactory arrangements with the court reporter for payment of the cost of the transcript. *See* FRAP 10(b). I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules.

| COUNSEL'S SIGNATURE<br>/s/ Sharan Nirmul | DATE<br>April 11, 2025 |
|---|---|

**COURT REPORTER ACKNOWLEDGMENT:** This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit.

| DATE ORDER RECEIVED | ESTIMATED COMPLETION DATE | ESTIMATED NUMBER OF PAGES |
|---|---|---|
| **SIGNATURE OF COURT REPORTER** | | **DATE** |

Revised June, 2017

## **CERTIFICATE OF SERVICE**

I, Sharan Nirmul, hereby certify that on April 11, 2025, I authorized the electronic filing of the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Second Circuit by using the appellate ACMS system and caused a true and correct copy to be served upon counsel via the appellate ACMS system.

                                           */s/ Sharan Nirmul*
                                           Sharan Nirmul