## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Schaeffer v. Signature Bank  Docket No.: 25-720

Lead Counsel of Record (name/firm) or Pro se Party (name): Sharan Nirmul, Kessler Topaz Meltzer & Check, LLP

Appearance for (party/designation): Appellant Sjunde AP-Fonden

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
( ) Correct
(✓) Incorrect.   See attached caption page with corrections.

**Appellate Designation** is:
(✓) Correct
( ) Incorrect.   The following parties do not wish to participate in this appeal:
   Parties: _____
( ) Incorrect.   Please change the following parties' designations:
   Party                          Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(✓) Correct
( ) Incorrect or Incomplete.   As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: _____
Firm: _____
Address: _____
Telephone: _____   Fax: _____
Email: _____

## RELATED CASES

(✓) This case has not been before this Court previously.
( ) This case has been before this Court previously.   The short title, docket number, and citation are: _____

( ) Matters related to this appeal or involving the same issue have been or presently are before this Court.   The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that (✓) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that ( ) I applied for admission on _____ or renewal on _____.   If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s/ Sharan Nirmul
Type or Print Name: Sharan Nirmul
   OR
Signature of pro se litigant: _____
Type or Print Name: _____
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.

## **CORRECTED CAPTION**

SJUNDE AP-FONDEN, Individually and on behalf of all others similarly situated,

   Plaintiff-Appellant,

vs.

JOSEPH J. DEPAOLO, ERIC HOWELL, FRANK SANTORA, JOSEPH SEIBERT, SCOTT A. SHAY, VITO SUSCA, STEPHEN D. WYREMSKI, and KPMG LLP,

   Defendants-Appellees,

and

FEDERAL DEPOSIT INSURANCE CORPORATION, in its capacity as Receiver for Signature Bank,

   Intervenor-Appellee.

## **CERTIFICATE OF SERVICE**

     I, Sharan Nirmul, hereby certify that on April 11, 2025, I authorized the electronic filing of the foregoing document with the Clerk of the Court for the United States Court of Appeals of the Second Circuit by using the appellate ACMS system and caused a true and correct copy to be served upon counsel via the appellate ACMS system.

                                                                                          */s/ Sharan Nirmul*  
                                                                                          Sharan Nirmul