# ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Schaeffer v. Signature Bank et al.   Docket No.: 25-720

Lead Counsel of Record (name/firm) or Pro se Party (name): Peter L. Simmons, Fried, Frank, Harris, Shriver & Jacobson LLP

Appearance for (party/designation): Eric Howell, Defendant-Appellee

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
- [✓] Correct
- [ ] Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
- [✓] Correct
- [ ] Incorrect. The following parties do not wish to participate in this appeal:
  Parties: _____
- [ ] Incorrect. Please change the following parties' designations:
  Party     Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
- [✓] Correct
- [ ] Incorrect or Incomplete. As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: Peter L. Simmons
Firm: Fried, Frank, Harris, Shriver & Jacobson LLP
Address: One New York Plaza, New York, New York 10004
Telephone: 212-859-8000   Fax: 212-859-4000
Email: peter.simmons@friedfrank.com

## RELATED CASES

- [✓] This case has not been before this Court previously.
- [ ] This case has been before this Court previously. The short title, docket number, and citation are: _____
- [ ] Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that [✓] I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on September 6, 2024 _____ OR that [ ] I applied for admission on _____ or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s/ Peter L. Simmons
Type or Print Name: Peter L. Simmons
    OR
Signature of pro se litigant: _____
Type or Print Name: _____
- [ ] I am a pro se litigant who is not an attorney.
- [ ] I am an incarcerated pro se litigant.