## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Schaeffer v. Signature Bank  Docket No.: 25-720

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Joseph Brooks

Firm: Federal Deposit Insurance Corporation, Legal Division

Address: 3501 Fairfax Drive, Room VS-D-7010, Arlington, VA 22226

Telephone: (703) 562-2054  Fax: (703) 562-2469

E-mail: jobrooks@fdic.gov

Appearance for: Federal Deposit Insurance Corporation, in its capacity as Receiver for Signature Bank/Intervenor-Appellee
(party/designation)

**Select One:**

[✔] Substitute counsel (replacing lead counsel: Adam M. Bialek/Wollmuth Maher & Deutsch LLP )
(name/firm)

[ ] Substitute counsel (replacing other counsel: )
(name/firm)

[ ] Additional counsel (co-counsel with: )
(name/firm)

[ ] Amicus (in support of: )
(party/designation)

## CERTIFICATION

I certify that:

[✔] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on November 19, 2021   OR

[ ] I applied for admission on .

Signature of Counsel: s/Joseph Brooks

Type or Print Name: Joseph Brooks